UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

JEROME L. GRIMES,
Petitioner,
v.
STATE OF CALIFORNIA,
Respondent.

No. 5:26-cv-04290-HDV-JDE

JUDGMENT

Pursuant to the Order Summarily Dismissing Petition,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: 9/14/26

HERNÁN D. VERA
United States District Judge